UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JEREMIAH BERNIER, | ) |
| Plaintiff, | ) |
| v. | )   Civil Action No. 08-12083-NMG |
| ONE WORLD TECHNOLOGIES, INC., et al. | ) |
| Defendants. | ) |
| MATTHEW BEERS, | ) |
| Plaintiff, | ) |
| v. | )   Civil Action No. 09-10010-NMG |
| ONE WORLD TECHNOLOGIES, INC., et al. | ) |
| Defendants. | ) |
| RENE MICHELI, | ) |
| Plaintiff, | ) |
| v. | )   Civil Action No. 11-10503-NMG |
| TECHTRONIC INDUSTRIES, et al. | ) |
| Defendants. | ) |

ORDER ON MOTIONS TO AMEND

January 24, 2012

SOROKIN, M.J.

Plaintiffs in the above captioned cases (Civil Action Nos. 08-12083-NMG, 09-10010-NMG, and 11-10503-NMG) have each filed a Motion to File an Amended Complaint pursuant to Fed. R. Civ. P. 15(a) so as to include additional claims against Defendants for alleged violations of M.G.L. c. 93A.  (Docket #s 112, 82, and 16, respectively).  Defendants have filed no opposition to these Motions.  Because no opposition has been filed and for the reasons previously stated in other Sawstop cases in which similar motions to amend were granted (Civil Action Nos. 09-10011-NMG and 09-10890-MLW) the Motions are ALLOWED.


        /s / Leo T. Sorokin
UNITED STATES MAGISTRATE JUDGE